RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 25 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Shalondra Young
_____

                Plaintiff *pro se,*

v.

**United Methodist Children's Home**
_____

_____

_____

                Defendant(s).

CIVIL ACTION FILE NO.

**1:22-CV-4247**

(to be assigned by Clerk)

## **PRO SE** EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under
:

    __X__    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

                      NOTE: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____      Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

>   **NOTE:** To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____      Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

>   **NOTE:** To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____      Other (describe) _____

_____

_____

_____

_____

2.  This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff. Print your full name and mailing address below:

   Name: Shalondra Young

   Address: 5502 Jamerson Dr. Atlanta, GA 30349

4. Defendant(s). Print below the name and address of each defendant listed on page 1 of this form:

   Name: United Methodist Children's Home
   Address:

   Name:
   Address:

   Name:
   Address:

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

6.  When did the alleged discrimination occur? (State date or time period)

    6/26/2020-8/30/2021

## Administrative Procedures

7.  Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?  __X__ Yes  ____ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8.  Have you received a Notice of Right-to-Sue letter from the EEOC?

    __X__ Yes  _____ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:

    _____

9.  If you are suing for **age discrimination,** check one of the following:

    _____  60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    _____  Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    __ Yes   __ No   _X_ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____
    _____
    _____
    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    __ Yes   __ No   __ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened m that administrative process:

    _____
    _____
    _____
    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    |     |     |
    | --- | --- |
    | ____ | failure to hire me |
    | __X__ | failure to promote me |
    | ____ | demotion |
    | ____ | reduction in my wages |
    | ____ | working under terms and conditions of employment that differed from similarly situated employees |
    | ____ | harassment |
    | __X__ | retaliation |
    | ____ | termination of my employment |
    | ____ | failure to accommodate my disability |
    | __X__ | other (please specify) ____Hostile Work Environment____ |

13. I believe that I was discriminated against because of (check only those that apply):

    |     |     |
    | --- | --- |
    | __X__ | my race or color, which is ____Black (African American)____ |
    | __X__ | my religion, which is _____ |
    | ____ | my sex (gender), which is          male          female |
    | ____ | my national origin, which is _____ |
    | ____ | my age (my date of birth is _____, |
    | ____ | my disability or perceived disability, which is: _____ |
    | __X__ | my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation |
    | ____ | other (please specify) _____ |

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

---

I began working for the above-named company in January 20217, as a Program Manager. My position at the time of the original charge was Director of Residential Programs. The charge of discrimination has been based ~~on the following facts. After noting that directors were being hired in at higher salary rates I~~ began to request salary reviews based on my experience, education, and skill. I requested salary reviews on June 26, 2019, February 25, 2020, and May 5, 2021, ~~these were based on non-minorities being offered considerably~~ higher salaries within the organization. Every request was denied stating the organization was not willing to consider raises at the present time. In January 2021, there was a promotion that wasn't advertised or offered-in house for the Vice President of Programs who was promoted to Senior Vice President Programs which was given to a non-minority employee. With the creation of the Senior VP of Programs there was not attempt to fill or offer the ~~position of Vice President of Programs to the current two minority leaders within the department.~~ This was the organizations attempt to not have minorities in positions of executive leadership. The organization continued to create barriers to prevent the promotion of minorities within the organization as well as those who were not of the Methodist denomination. These concerns were addressed and brought to the attention of the CEO Allison Ashe and Senior Vice President of Programs, as well as the HR Director Belinda Reese. There has been ~~a continued pattern of unfair hiring and promotion practices of minorities within the organization~~. The organization has failed to acknowledge and make any visible changes in its practices as a result of the most recent ~~complaint. On April 29, 2021, a formal complaint was sent to the Board of Directors and Belinda~~ Reese (Human Resources), outlining the concern of issues regarding minority leaders not being considered for positions and job descriptions being altered in effort to block minorities from being qualified. As a result of the charge of discrimination being filed on 8/31/2021, UMCH created a very hostile work environment as a form of retaliation which eventually lead to my resignation in Feb 2022 while the investigation with the EEOC was still in process. ~~Due to the charges of discrimination UMCH Executive leadership removed me from meeti~~ngs that I would normally attend, advise staff to not communicate with me, and request for time off starting being denied as a form of retaliation. UMCH also started provided negative reviews of my employment history to employers whom I was applying for in order to prevent me from seeking employment elsewhere. As a class, I believe my former employer has engaged in a pattern and practice of race discrimination against African Americans. As a class, I believe, my former employer has engaged in a pattern and practice of religious discrimination against those who do not claim Christian Methodist. I believe I have been discriminated against because of my race (African American) and retaliated against for opposing unlawful employment practices, in violation of the Title VII of the Civil Rights Act of 1964, as amended

---

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff  \_\_\_\_\_  still works for defendant(s)
    \_\_X\_\_  no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  \_\_ Yes  \_\_ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  \_\_X\_ Yes  \_\_ No

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____  Defendant(s) be directed to _____

_____

\_\_X\_\_  Money damages (list amounts) _____

_____

_____  Costs and fees involved in litigating this case

\_\_X\_\_  Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions ofRule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(l).

Signed, this 25 day of October, 20 22

_____
(Signature of plaintiff *pro se*)

Shalondra Young
(Printed name of plaintiff *pro se*)

5502 Jamerson Dr
(street address)

Atlanta, GA 30349
(City, State, and zip code)

Shalondray@gmail.com
(email address)

404-956-8383
(telephone number)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/02/2022

**To:** Ms. Shalondra L. Young
5502 Jamerson Dr
COLLEGE PARK, GA 30349
Charge No: 410-2021-04551

EEOC Representative and email:   Samantha McKinney
Investigator
samantha.mckinney@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2021-04551.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
08/02/2022
Darrell Graham
District Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 410-2021-04551 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MS. SHALONDRA L YOUNG | 404-956-8383 | 1984 |

Street Address: 5815 WESTCHASE ST, ATLANTA, GA 30336

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| UNITED METHODIST CHILDRENS HOME | 15 - 100 | (404) 327-5852 |

Street Address: 1967 LAKESIDE PKWY, STE 400, TUCKER, GA 30084

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-26-2020   Latest: 08-30-2021
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the above-named company in January 2017, as a Program Manager. My current position is Director of Residential Programs. I have requested salary reviews on June 26, 2019, February 25, 2020, and May 5, 2021, based on non-minorities being offered considerably higher salaries within the organization. Every request was denied stating the organization was not willing to consider raises at the present time.

In January 2021, there was also a promotion that wasn't advertised or offered in-house for the Vice President of Programs who was promoted to Senior Vice President within the company. With the creation of the role of Senior Vice President, there has been no attempt to fill or offer the position of Vice President of Programs to the current two minority leaders within the department. The organization, continues to create barriers to prevent the promotion of minorities within the organization. These concerns were addressed and brought to the attention of the Chief Executive Officer Allison Ashe and Vice President of Programs Mary Vincent. There has been a continued pattern of the hiring and promotion of non-

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Shalondra L Young on 08-31-2021 11:40 AM EDT

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2021-04551 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

minorities within the organization. The organization has failed to acknowledge and make any visible change in its practices as a result of the most recent complaint.

On April 29, 2021, a formal complaint was sent to the Board of Directors and Belinda Reese, Vice President of Human Resources, concerning issues regarding minority leaders not being considered for positions they are qualified to perform and executive level positions are being given to non-minorities.

As a class, I believe my employer has engaged in a pattern and practice of race discrimination against African Americans.

I believe I have been discriminated against because of my race (African American), and retaliated against for opposing unlawful employment practices, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Shalondra L Young on 08-31-2021 11:40 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |